

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2019

No. 04-19-00754-CV

**VERDE ENERGY SOLUTIONS LLC** and Roberto R. Thomae,
Appellants

v.

**SGET DUVAL OIL I LLC,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-230
Honorable Baldemar Garza, Judge Presiding

# O R D E R

On October 29, 2019, appellants filed a motion requesting this court to stay the trial court's temporary injunction order requiring the production of "title opinions." After consideration, this court denied the motion. On November 5, 2019, appellants filed a motion for rehearing of that order. After consideration, this court granted appellants' motion, partially stayed the trial court's temporary injunction order until further order of this court, and ordered appellee to file a response in this court. On November 18, 2019, appellee filed a response followed by a "Motion to Refer Compliance and Enforcement for Temporary Injunction to Trial Court," requesting this court to refer this matter to the trial court for an evidentiary hearing. On November 25, 2019, appellants filed a reply.

After consideration, we **DENY** the motion appellants filed on October 29, 2019, and **ORDER** the stay imposed by this court on November 8, 2019 lifted. We further **DENY** "Appellee's Motion to Refer Compliance and Enforcement of Temporary Injunction to Trial Court" without prejudice to requesting that relief in the trial court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)-(b) (an interlocutory appeal to grant of temporary injunction is not subject to automatic stay of proceedings in trial court pending resolution of appeal).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court